**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| TRACY DWAYNE COLLINS, | : | |
| Plaintiff | : | |
| | : | NO. 5:08-CV-116 (CAR) |
| VS. | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Officer CAVADO, *et al.*, | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| | : | |
| Defendants | : | **RECOMMENDATION** |

On June 30, 2008, the undersigned recommended that defendants Sheriff Jerry Modena, Captain Jackson, Chief Nelson, and Lieutenant Jordan be dismissed from this action and that this case should go forward against Officer Cavado only. Tab #9. However, that Recommendation did not address Captain Hall whom plaintiff also named as a defendant.

Although plaintiff does not name Captain Hall as a defendant in his caption, nor is Captain Hall described in the body of his complaint, plaintiff does list him as a defendant in the "parties to this lawsuit" question of the complaint form. Accordingly, to the extent plaintiff intended to include Captain Hall as a defendant, the undersigned **RECOMMENDS** that he also be **DISMISSED**, there being no allegations whatsoever against Captain Hall that he is involved in plaintiff's claim.

Under 28 U.S.C. § 636(b)(1), plaintiff may **WITHIN TEN (10) DAYS** after being served with a copy of this Recommendation file with the Clerk of Court his written objection thereto, directed to the district judge to whom this case is assigned.

**SO RECOMMENDED**, this 25th day of JULY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE