THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRACY DWAYNE COLLINS, | : | |
| Plaintiff, | : | Case No.: 5:08-cv-116 (CAR) |
| v. | : | |
| OFFICER CAVADO ET AL., | : | |
| Defendants. | : | |

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court are the United States Magistrate Judge's Recommendations [Docs. 9 and 11] to dismiss all Defendants except Officer Cavado and that to the extent Plaintiff lists Captain Hall as a defendant in the "parties to this lawsuit" question of the complaint form, he also be dismissed, there being no allegations that he is involved in Plaintiff's claim. Plaintiff filed a Response [Doc. 13] to the Recommendation in which he states that he agrees and wishes to release all Defendants except Officer Cavado so that he remains as the sole Defendant in the case. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendations are **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 12th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH