IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRACY DWAYNE COLLINS,

          Plaintiff

    VS.

                                    NO.  5:08-CV-116 (CAR)

ENRIQUE CAYADO,

                                    **PROCEEDINGS UNDER 42 U.S.C. §1983**
          Defendant                   **BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION TO DISMISS

On June 4, 2009, defendant Enrique Cayado filed a MOTION TO DISMISS.  Tab #27.  Therein, defendant Cayado complained of plaintiff Tracy Dwayne Collins' repeated and absolute failure to participate in discovery.  In light of this failure by plaintiff Collins, defendant Cayado requested that the court dismiss this action or, in the alternative, order plaintiff Collins to answer interrogatories and requests for production of documents.  Thereafter, on June 9, 2009, the undersigned issued an order directing plaintiff Collins to file a response to the defendant Cayado's motion.  Tab #28.  The response was due no later than July 2, 2009.  To date, no response has been filed by plaintiff Collins.

In light of the plaintiff's failure to respond as directed by the undersigned's order of June 9, 2009, coupled with the his failure to comply with the undersigned's order of June 30, 2008  wherein the was advised of his duty to diligently prosecute the action, IT IS RECOMMENDED this action be DISMISSED *with prejudice.*[1]  Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the **LAST** **ADDRESS** provided by him.

**SO RECOMMENDED**, this 16th day of DECEMBER, 2009.



                                      CLAUDE W. HICKS, JR.
                                      UNITED STATES MAGISTRATE JUDGE

---

[1]In the court's order of June 30, 2008, the plaintiff was advised " *that he must diligently prosecute his complaint or face the possibility that it will be dismissed under Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE for failure to prosecute.*"