IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TRACY DWAYNE COLLINS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:08-cv-116 (CAR) |
| | : | |
| v. | : | |
| | : | |
| ENRIQUE CAYADO, | : | |
| | : | |
| Defendant. | : | |
| _____ | | |

### ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 29] to dismiss this case for Plaintiff's failure to prosecute. Plaintiff has not filed an objection to the Recommendation. On June 9, 2009, United States Magistrate Judge Claude W. Hicks directed Plaintiff to respond to Defendant's motion to dismiss and warned Plaintiff that failure to abide by the Court's order may result in dismissal of his claim. More than six months later, on December 16, 2009, Judge Hicks entered the Recommendation at bar to dismiss Plaintiff's claim due to his failure to respond to Defendant's motion. Six days later, on December 22, 2009, Plaintiff filed a notice of change of address with the Court, and on January 5, 2010, this Court re-mailed the Recommendation to Dismiss to Plaintiff's updated address. On January 21, 2010, Plaintiff still had not responded to either the motion to dismiss or the Recommendation

of Dismissal, and therefore this Court issued a Show Cause Order directing Plaintiff to show cause in writing why his case should not be dismissed for his failure to prosecute the action.

Now, more than eight months after the Magistrate Judge directed Plaintiff to respond to Defendant's motion to dismiss, more than two months after the Recommendation of Dismissal, and almost one month after this Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute, Plaintiff has failed to abide by the Court's orders instructing him to diligently prosecute this action and to respond to Defendant's Motion to Dismiss.  Plaintiff has had ample notice and opportunity to contact this Court and has been warned that failure to do so would result in dismissal of this action.  Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED with prejudice** for failure to prosecute.

**SO ORDERED**, this 9th day of February, 2010.

        S/ C. Ashley Royal  
        C. ASHLEY ROYAL  
        UNITED STATES DISTRICT JUDGE

SSH